# Order

**Michigan Supreme Court**
**Lansing, Michigan**

April 23, 2012

143606 & (154)(155)(157)(160)

Robert P. Young, Jr.,
Chief Justice

Michael F. Cavanagh
Marilyn Kelly
Stephen J. Markman
Diane M. Hathaway
Mary Beth Kelly
Brian K. Zahra,
Justices

PEOPLE OF THE STATE OF MICHIGAN,
      Plaintiff-Appellee,

v

                                      SC: 143606
                                      COA: 288657

ROBERT LEE CHILDRESS, JR.,
         Defendant-Appellant.
                                      Oakland CC: 2008-219884-FH

_____/

      By order of December 28, 2011, the prosecuting attorney was directed to answer the application for leave to appeal the June 28, 2011 judgment of the Court of Appeals. On order of the Court, the answer having been received, the application for leave to appeal is again considered, and it is DENIED, because we are not persuaded that the questions presented should be reviewed by this Court. The motion for a transcript is DENIED as moot. The motion for admission of newly discovered information and the motion for an in camera hearing are DENIED for lack of merit.



      I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

April 23, 2012

p0416

                                   Clerk